Julie A. Bryan (Bar No. 4805)
**COHNE, RAPPAPORT & SEGAL, P.C.**
525 East 100 South, 5th Floor
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666

Attorney for Roger G. Segal,
Chapter 11 Trustee



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re: | : |
| DONALD E. ARMSTRONG, | : Case No. 2:02-CV-00567 |
| Appellant, | : |
| | : Judge: Bruce S. Jenkins |
| v. | : |
| ROGER G. SEGAL, Trustee of Mountain Pacific Ventures, Inc., Bankruptcy Case 99-22588, | : |
| Appellee. | : |

### ORDER DENYING MOTION TO RECUSE

The "Motion to Recuse" filed by Appellant, Donald E. Armstrong, came on for hearing before the Honorable Bruce S. Jenkins, United States District Court for the District of Utah, on the 2nd day of August, 2002. Julie A. Bryan appeared on behalf of Appellee, Roger G. Segal, Trustee of the Bankruptcy Estate of Mountain Pacific Ventures, Inc., Zachary Shields appeared on behalf of Steppes Apartment Ltd. Appellant, Donald E. Armstrong appeared pro se. The Court, having



reviewed the "Motion to Recuse" and the responses thereto finds that no cause exists for recusal of the Court. Accordingly, it is

HEREBY ORDERED that the "Motion to Recuse" filed by Donald E. Armstrong, Appellant, is denied

**DATED** this __6__ day of August, 2002.

BY THE COURT:

BRUCE S. JENKINS
U. S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, first class, postage fully prepaid, in the United States Mail on the 5th of August, 2002, to the following:

U.S. Trustee's Office
Boston Building
9 Exchange Place, Suite 100
Salt Lake City, Utah 84101

Donald E. Armstrong
218 Golden Eagle Drive
P.O. Box 1059
Park City, Utah 84060

Zachary Shields
Jeffrey L. Shields
Callister Nebeker & McCullough
Gateway Tower East, Suite 900
10 East South Temple
Salt Lake City, Utah 84133

*Sheila Penrose*

3

## CLERK'S CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, first class, postage fully prepaid, in the United States Mail on the_____ of August 2002, to the following:

U.S. Trustee's Office
Boston Building
9 Exchange Place, Suite 100
Salt Lake City, Utah 84101

Donald E. Armstrong
218 Golden Eagle Drive
P.O. Box 1059
Park City, Utah 84060

Zachary Shields
Jeffrey L. Shields
Callister Nebeker & McCullough
Gateway Tower East, Suite 900
10 East South Temple
Salt Lake City, Utah 84133

Julie A. Bryan
Cohne Rappaport & Segal
525 East 100 South #500
Salt Lake City, Utah 84102

_____

F:\Sheila\JULIE\Mt. Pacific\Order denying motion recuse2.wpd

4

alt

United States District Court
for the
District of Utah
August 7, 2002

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:02-cv-00567

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Donald E. Armstrong
    PO BOX 1059
    PARK CITY, UT  84060

    Ms. Julie A. Bryan, Esq.
    COHNE RAPPAPORT & SEGAL
    PO BOX 11008
    525 E FIRST S FIFTH FL
    SALT LAKE CITY, UT  84147
    JFAX 9,3551813

    Gregory J. Adams, Esq.
    MCKAY BURTON & THURMAN
    10 E SOUTH TEMPLE STE 600
    SALT LAKE CITY, UT  84133
    JFAX 9,5214252

    Lisa Bernson
    US BANKRUPTCY COURT
    ,
    JFAX 9,5261213

    Jeffrey L. Shields, Esq.
    CALLISTER NEBEKER & MCCULLOUGH
    10 E SOUTH TEMPLE STE 900
    SALT LAKE CITY, UT  84133
    JFAX 9,3649127